# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 26-2086 PA (MBKx) | Date | April 6, 2026 |
|---|---|---|---|
| Title | Guri Gonzalez v. S Challenger Shop Corp., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States).  Fed. R. Civ. P. 12(a)(1).

In the present case, it appears that this time period has not been met.  Accordingly, the court, on its own motion, orders plaintiff to show cause in writing on or before **April 13, 2026,** why this action should not be dismissed for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of plaintiff's response.  Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | | KSS |